B6C (Official Form 6C) (12/07)

In re **Randal Owen Doan**    Case No. **09-70551-HdH-13**
(If known)

*AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 22648 FM1954, Holliday, Archer County, Tx Homestead: Lt 14 Holliday Est 1 Blk 28 Lg 3 DCS 50% ownership in community property - Debtor's interest in equity $25,675.00 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $25,675.00 | $157,350.00 |
| Clothing | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $300.00 | $300.00 |
| 2002 F 250 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $7,000.00 | $7,000.00 |
| 2000 BMW Z3-poor condition Son's vehicle 1/2 Ownership in property -Value $9450.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $4,725.00 | $4,725.00 |
| | | **$37,700.00** | **$169,375.00** |